UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EROL CAN ONER,

              Petitioner,

     v.

WARDEN, Golden State Annex Detention Facility, et al.,

              Respondents.

No.  1:26-cv-00039-JLT-SKO (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

[THIRTY DAY DEADLINE]

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has filed a petition for writ of habeas corpus challenging his detention by the United States Department of Homeland Security ("DHS").

Petitioner is a native and citizen of Turkey who entered the United States on or about December 17, 2022, without inspection or admission. He was initially detained but then released on his own recognizance.

On November 20, 2025, Petitioner was arrested and detained outside his wife's workplace in Hillsboro, New Jersey.  He was taken into custody and transported to the Golden State Annex Detention Facility where he has remained since.

Petitioner contends that his procedural and substantive due process rights were violated when DHS re-arrested and detained him without any change in circumstances and without first

1

providing him with notice and a hearing before a neutral adjudicator.

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  Respondent SHALL INCLUDE all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.  In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, it is HEREBY ORDERED:

1. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.

2. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **January 13, 2026**            /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE